NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 30 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. RAFAEL QUIROZ, Defendant-Appellant. | No. 19-10160 D.C. No. 1:99-cr-05060-DAD-1 MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of California
Dale A. Drozd, District Judge, Presiding

Submitted October 26, 2020[**]

Before: McKEOWN, RAWLINSON, and FRIEDLAND, Circuit Judges.

Rafael Quiroz appeals from the district court's order denying his motions for a sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 782, for return of property under Fed. R. Crim. P. 41(g), and to set aside forfeiture under 18 U.S.C. § 983(e) and Fed. R. Crim. P. 32.2(e). Pursuant to *Anders v. California*,

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

386 U.S. 738 (1967), Quiroz's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Quiroz has filed pro se supplemental opening and reply briefs, and the government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

19-10160